IN THE UNITES STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WCR, INCORPORATED, | : | |
| Plaintiff, | : | CASE NO. 3:18-cv-278 |
| v. | : | JUDGE THOMAS M. ROSE |
| WESTERN CANADA PLATE EXCHANGER, LTD., | : | |
| Defendant. | : | |
| | : | |

### ENTRY & ORDER VACATING APRIL 24, 2020 NOTICE AND AMENDING THE PRELIMINARY PRETRIAL ORDER

On Motion of the Plaintiff with the consent of the Defendant, and for good cause shown, the Consent Motion to Vacate the April 24, 2020 Notice is hereby GRANTED. This Court further enters the following Scheduling Order amending the Preliminary Pretrial Order (ECF #23). The Court ORDERS that:

The Discovery Cut-off Date is extended to July 1, 2020.

The Telephone Status Conference call currently set for May 14, 2020 is canceled and shall be rescheduled to **July 7, 2020 at 10:30 AM.**

The cutoff date to file Motions for Summary Judgment is extended to **August 15, 2020.**

At this time, the pretrial and trial dates set in the Preliminary Pretrial Order shall remain. However, the Court may reschedule these dates if necessary to complete briefing and ruling on any motions for summary judgment or based upon other developments in the case.

IT IS SO ORDERED.

Date: May 4, 2020					*s/Thomas M. Rose

						_____
						Thomas M. Rose, Judge
						United States District Court