# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WCR, INCORPORATED, | : | |
| | : | Case No. 3:18-cv-00278 |
|     Plaintiff, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| WESTERN CANADA PLATE | : | **DECISION AND ENTRY** |
| EXCHANGER, LTD. | : | |
| | : | |
|     Defendant. | : | |

_____

| | | |
|---|---|---|
| WCR, INCORPORATED, | : | |
| | : | Case No. 3:20-cv-00143 |
|     Plaintiff, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| WESTERN CANADA HEAT | : | **DECISION AND ENTRY** |
| EXCHANGER, LTD., et al., | : | |
| | : | |
|     Defendants. | : | |

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington in 3:18cv00278 (ECF. No. 38), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on October 20, 2020 in *WCR, Inc. v. Western Canada Plate Exchanger, Ltd.*, 3:18cv00278 (ECF No. 38) is ADOPTED in full;

2. WCR, Inc's Motions to Consolidate in *WCR, Inc. v. Western Canada Plate Exchanger, Ltd.*, 3:18cv00278 (ECF No. 38) and in *WCR, Inc. v. Western Canada Heat Exchanger, Ltd., et al.*, 3:20cv00143 (ECF No. 14) are GRANTED; and

3. The Clerk of Court is directed to consolidate the above-captioned cases under Case No. 3:18cv00278.

*s/Thomas M. Rose*

Thomas M. Rose
United States District Judge