# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WCR, INCORPORATED, | : | Case No. 3:18-cv-00278 |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| WESTERN CANADA PLATE EXCHANGE LTD., | : | |
| Defendant. | : | |

# ORDER

This matter came before the Court for a Discovery Conference on June 3, 2022. Counsel orally requested to extend the discovery and dispositive motion deadlines. For good cause shown, the request is **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Telephone Status Conference | August 23, 2022, at 10:00 a.m. |
| Discovery Deadline | August 29, 2022 |
| Dispositive Motion Deadline | September 15, 2022 |

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge