# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WCR, INCORPORATED, | : | Case No. 3:18-cv-00278 |
| | : | Related Case No. 3:20-cv-00143 |
| Plaintiff, | : | |
| | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| WESTERN CANADA PLATE EXCHANGER LTD., | : | |
| | : | |
| Defendant. | : | |

## AMENDED SCHEDULING ORDER

This matter is before the Court on the parties' Joint Motion to Amend Scheduling Order. For good cause shown, the Joint Motion (Doc. 79) is hereby **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Discovery Deadline | November 4, 2022 |
| Dispositive Motion Deadline | December 16, 2022 |

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge